UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES HAMILTON,

        Plaintiff,

    v.

REIGN PROMOTIONS, LLC, et al.,

        Defendants.

CASE NO. C13-5161 BHS

ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This matter comes before the Court on Defendant Joe Hernandez's ("Hernandez") motion to dismiss (Dkt. 34). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On March 6, 2013, Plaintiff James Hamilton ("Hamilton") filed a complaint alleging personal injuries. Dkt. 1. On June 20, 2013, Hamilton filed an amended complaint against Reign Promotions, LLC ("Reign"), Hernandez, and Darren Andy alleging personal injuries suffered at one of Reign's mixed martial arts events. Dkt. 18. Hamilton asserts a cause of action for negligence against Hernandez. *Id.*, ¶ 4.1.

ORDER - 1

1   On August 6, 2013, Hernandez filed a motion to dismiss.  Dkt. 34.  On August 26,
2 2013, Hamilton responded.  Dkt. 35.

## II. DISCUSSION

In Washington, the statute of limitations for intentional torts is two years and the statute of limitations for negligence claims is three years.  RCW 4.16.080, 4.16.100.

In this case, Hernandez argues that Hamilton's claims are barred by the statute of limitations.  Dkt. 34.  It is undisputed that Hamilton filed the complaint approximately two and one half years after the alleged incident.  Hernandez contends that Hamilton should not be allowed to disguise his intentional assault claims as negligence to avoid the statute of limitations for intentional torts.  Dkt. 34 at 4.  Hamilton, however, counters that Hernandez unintentionally injured Hamilton when Hernandez was acting to protect a third party, Kerry Hernandez.  Dkt. 35 at 5–7.  This is a plausible theory of negligence.

## III. ORDER

Therefore, it is hereby **ORDERED** that Hernandez's motion to dismiss (Dkt. 34) is **DENIED.**

Dated this 18th day of September, 2013.

/s/ Benjamin H. Settle

BENJAMIN H. SETTLE
United States District Judge